IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.18-21991   CMB |
| Robert L. Pennington and | ) | |
| Beth Ann Pennington | ) | |
| | ) | Chapter 13 |
| Debtors | ) | |
| | ) | Related to Claim No. 2 |

ORDER OF COURT

On June 9, 2021 filed a Notice of Mortgage Payment Change regarding Claim No.2. On or before June 30, 2021, in compliance with W.PA.LBR 3002-4(b), the Debtor(s) were required to file an Amended Chapter 13 Plan, a Declaration certifying that the existing Chapter 13 Plan is sufficient to pay the new payment amount, or an Objection to the Notice. To date, the Debtor(s) have failed to comply with W.PA.LBR 3002-4(b).

AND NOW, this 14th day of July, 2021, 2021, it is hereby ORDERED, ADJUDGED and DECREED that a Rule to Show Cause Hearing is scheduled to be held via the Zoom Video Conference Application ("Zoom") on August 10, 2021 at 1:30 p.m., before The Honorable Carlota M. Böhm to explain the failure to comply with W.PA.LBR 3002-4(b). To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. Only a limited time of ten (10) minutes is being provided on the calendar.

ALL HEARING PARTICIPANTS ARE REQUIRED TO APPEAR BY ZOOM AND SHALL REVIEW AND COMPLY WITH THE UNDERSIGNED'S ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  For questions regarding the connection, contact Judge Böhm's Chambers.

_____ dmk
Carlota M. Böhm
Chief United States Bankruptcy Judge

cm: Dai Rosenblum, Esq.
Brian Caine, Esq.

FILED
7/14/21 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA